### WISDOM, next friend, *v.* WHITAKER.

ATKINSON, J. There was no abuse of discretion in refusing the interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

JANUARY 11, 1916.

Petition for injunction. Before Judge Gilbert. Harris superior court. June 15, 1915.

*A. L. Hardy,* for plaintiff.

*McLaughlin & Jones,* for defendant.